1  PETER M. WILLIAMSON, State Bar No. 97309
   TODD B. KRAUSS, State Bar No. 187991
2  WILLIAMSON & KRAUSS
   21800 Oxnard St., Suite 305
3  Woodland Hills, CA 91367
   Tel: (818) 226-5700/ Fax: (818) 226-5704
4

5  Attorneys for Plaintiff
   ERIC LOPEZ
6

7

8                  **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 ERIC LOPEZ, | CASE NO.: **1:08-CV-01475-OWW-SMS** |
| 12   Plaintiff, | |
| 13 vs. | ORDER GRANTING FILING OF FIRST AMENDED COMPLAINT |
| 14 COUNTY OF MERCED, and DOES 1 through 10, inclusive, | |
| 15   Defendants. | |

19                              **ORDER**

20    Good cause having been shown, the court hereby permits the
21 plaintiff to file his First-Amended Complaint. Plaintiff is Ordered to
22 file the First-Amended Complaint within five (5) days from service of
23 this Order.

24    **IT IS SO ORDERED.**

25

26 **Dated:  May 15, 2009**                    /s/ Sandra M. Snyder
                                               **UNITED STATES MAGISTRATE JUDGE**
27

28

---

- 1 -
STIPULATION TO PERMIT FILING OF FIRST-AMENDED COMPLAINT