**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOPEZ, | Case No. 1:08-CV-01475-OWW-SMS |
| Plaintiffs, | **STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER** |
| vs. | |
| COUNTY OF MERCED, and Does 5-10, | |
| Defendants. | |
| _____ / | **Magistrate Judge Sandra M. Snyder** |

WHEREAS, Plaintiff filed his original Complaint (Docket No. 1) on September 30, 2008;

WHEREAS, Defendant COUNTY OF MERCED responded to Plaintiff's Complaint by filing an Answer (Docket No. 7) on November 10, 2008.

WHEREAS, Plaintiff and Defendant COUNTY OF MERCED, on May 6, 2009, stipulated to the filing of Plaintiff's First Amended Complaint (Docket No. 12).

WHEREAS, Judge Sandra M. Snyder entered an Order (Docket No. 13) on May 18, 2009, granting Plaintiff leave to file an amended complaint, and Plaintiff filed his First Amended Complaint (Docket No. 14) on May 19, 2009, adding new Defendants CITY OF MERCED, KEITH PELOWSKI, RAQUEL RIOS, and KATHY ST. MARIE.

1
**STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**
00697396.WPD

1  WHEREAS, Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS have not yet responded to the First Amended Complaint, for which counsel have met and conferred about the perceived deficiencies therein, in order to avoid a motion to dismiss.

NOW THEREFORE, subject to Court approval, all parties, by and through their respective undersigned counsel, STIPULATE as follows:

(i)  Plaintiff will be granted leave to file a Second Amended Complaint;

(ii)  Plaintiff will file his Second Amended Complaint within 15 days of entry of a Court Order granting leave to amend;

(iii)  Defendants will have 20 calendar days from the filing of Plaintiff's Second Amended Complaint to file their respective responsive pleadings.

(iv)  To the extent necessary, Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS are granted an extension of 60 days to file a responsive pleading to the First Amended Complaint, the filing of which will be obviated by the filing of Plaintiff's Second Amended Complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED : June 30, 2009          WILLIAMSON & KRAUSS

By     /s/ Todd B. Krauss
       Todd B. Krauss
       Attorney for Plaintiff,
       ERIC LOPEZ

DATED : June 30, 2009          COUNTY OF MERCED

By     /s/ Roger S. Matzkind
       Roger S. Matzkind
       Attorneys for Defendants,
       COUNTY OF MERCED and KATHY
       ST. MARIE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**
00697396.WPD

| | |
|---|---|
| DATED : June 30, 2009 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By   /s/ Terence J. Cassidy<br>Terence J. Cassidy<br>Glen A. Williams<br>Attorneys for Defendants,<br>CITY OF MERCED, KEITH<br>PELOWSKI, and RAQUEL RIOS |

**ORDER**

Having reviewed the above Stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

**Dated:   July 10, 2009                    /s/ Sandra M. Snyder**
icido3                                                  UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**

00697396.WPD