1  **P O R T E R | S C O T T**
   A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 99180
   Glen A. Williams, SBN 257665
3  350 University Ave., Suite 200
   Sacramento, California 95825
4  TEL: 916.929.1481
   FAX: 916.927.3706
5

6  Attorneys for Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL
   RIOS
7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10 ERIC LOPEZ,                              Case No. 1:08-CV-01475-OWW-SMS

11        Plaintiffs,                       **STIPULATION   TO   MODIFY
                                            SCHEDULING ORDER;  ORDER**
12 vs.

13 COUNTY OF MERCED, CITY OF                **Magistrate Judge Sandra M.
   MERCED, DETECTIVE PELOWSKI               Snyder**
14 #124, DETECTIVE RIOS #198,
   DEPUTY KATHY ST. MARIE AND
15 DOES 5 through 10, inclusive,

16        Defendants.

17 _____/

18        Plaintiff ERIC LOPEZ, Defendants COUNTY OF MERCED and DEPUTY KATHY

19 ST. MARIE ("County Defendants"), and Defendants CITY OF MERCED, DETECTIVE

20 PELOWSKI and DETECTIVE RIOS ("City Defendants"), by and through their respective

21 undersigned counsel, and subject to the approval of the Court, hereby agree to the proposed

22 changes set forth below and request the Court modify the Scheduling Order (Docket Entry

23 No. 11) dated January 16, 2009.

24        Good cause exists to modify the Scheduling Order because Plaintiff's "First

25 Amended Complaint" (Docket Entry No. 12), which was filed on May 19, 2009, substituted

26 new Defendants CITY OF MERCED, DETECTIVE PELOWSKI, DETECTIVE RIOS and

27 DEPUTY KATHY ST. MARIE in place of Doe Defendants 1 through 4.   After an

28 evaluation of that complaint and its claims, the parties then filed a stipulation (Docket Entry

**P O R T E R | S C O T T**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

**STIPULATION; [PROPOSED ORDER]**
00707773.WPD

No. 24) on June 30, 2009 to allow Plaintiff leave to further amend his complaint to fix several pleading deficiencies and remove state claims against Defendant CITY OF MERCED.  The Court entered its Order granting leave to amend on July 15, 2009 (Docket Entry No. 25).   Plaintiff thereafter subsequently filed his next "Amended Complaint" (Docket Entry 26) on July 17, 2009.  City Defendants and County Defendants filed timely Answers (Docket Entry Nos. 27 and 28, respectively) to this complaint on August 6, 2009.

Prior to this stipulation, the parties have not requested any other continuances of the Scheduling Order.  Pursuant to the current terms of the Scheduling Order, the non-expert discovery cut-off date is September 1, 2009, giving the parties only twenty-four days between the answers to the complaint and the discovery deadline in which to conduct the discovery process.  Further, the current deadline to disclose expert witnesses is October 1, 2009.  Unless the Scheduling Order is modified, all parties, and particularly those recently added to this litigation, will not have sufficient time to properly conduct thorough discovery, retain and prepare expert witnesses, or prepare for dispositive motions and/or trial.  Therefore, the parties respectfully submit that good cause exists and request modification of the scheduling order as follows:

| | |
|---|---|
| Non-expert Discovery Cut-off: | February 15, 2010 |
| Expert Disclosure: | March 19, 2010 |
| Rebuttal Expert Disclosure: | April 16, 2010 |
| Expert Discovery Cut-off: | May 15, 2010 |
| Non-dispositive Motion Filing Deadline: | June 1, 2010 |
| Non-dispositive Hearing Deadline: | July 2, 2010 |
| Dispositive Motion Filing Deadline: | July 16, 2010 |
| Dispositive Hearing Deadline: | August 16, 2010 |
| Settlement Conference: | September 14, 2010 at 10:00a.m. |
| (was 12/9/2009) | before Judge Snyder, Courtroom #7 |

////

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**STIPULATION; [PROPOSED ORDER]**
00707773.WPD

1  Pre-trial Conference:                    October 4, 2010 at 11:00a.m.

2  (was 3/8/2010)                           before Judge Wanger in Courtroom #3

3  Trial:                                   November 1, 2010 at 9:00a.m.

4  (was 4/20/2010)                          before Judge Wanger in Courtroom #3

5

6  / / / /

7        All other provisions of the January 16, 2009 Scheduling Order remain in effect.

8        IT IS SO STIPULATED.

9

10 DATED: August 21, 2009              WILLIAMSON & KRAUSS

11

12                                     By      /s/ Todd B. Krauss
                                               Todd B. Krauss
13                                             Peter M. Williamson
                                               Attorney for Plaintiff ERIC LOPEZ
14
   DATED: August 21, 2009             COUNTY COUNSEL OF MERCED
15

16
                                      By      /s/ James E. Stone
17                                            James E. Stone
                                              Roger S. Matzkind
18                                            Attorneys for COUNTY OF MERCED
                                              and DEPUTY KATHY ST. MARIE
19

20
   DATED : August 21, 2009            PORTER SCOTT
21                                     A PROFESSIONAL CORPORATION

22

23                                     By      /s/ Terence J. Cassidy
                                               Terence J. Cassidy
24                                             Glen A. Williams
                                               Attorneys for Defendants
25                                             CITY OF MERCED, KEITH
                                               PELOWSKI, and RAQUEL RIOS
26

27 ////
   ////
28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

                                           3
                        STIPULATION; [PROPOSED ORDER]
00707773.WPD

1

## __ORDER__

2          Having reviewed the above stipulation and good cause appearing therefore, IT IS SO

3     ORDERED.

4

5

6     IT IS SO ORDERED.

7     **Dated:     August 24, 2009**                         **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**STIPULATION; [PROPOSED ORDER]**

00707773.WPD