**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOPEZ, | Case No. 1:08-CV-01475-OWW-SMS |
| Plaintiffs, | **STIPULATED PROTECTIVE ORDER** |
| vs. | |
| COUNTY OF MERCED, CITY OF MERCED, DETECTIVE PELOWSKI #124, DETECTIVE RIOS #198, DEPUTY KATHY ST. MARIE AND DOES 5 through 10, inclusive, | |
| Defendants. / | |

Plaintiff ERIC LOPEZ, Defendants COUNTY OF MERCED and DEPUTY KATHY ST. MARIE (hereinafter "COUNTY Defendants") and Defendants CITY OF MERCED, DETECTIVE KEITH PELOWSKI, and DETECTIVE RAQUEL RIOS (hereinafter "CITY Defendants"), by and through their respective undersigned counsel, and subject to the approval of the court, stipulate to the following Protective Order, as set forth below:

1. This is an action pursuant to Title 42 U.S.C. Section 1983, arising constitutional violations allegedly sustained by Plaintiff upon his arrest and detention pursuant to a warrant allegedly sworn-out improperly by defendants.

////

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

00719952.WPD   STIPULATED PROTECTIVE ORDER

1    2.     Plaintiff has propounded Requests for Production of Documents, whereby Plaintiff seeks information and documents, including sensitive investigative and policy information and documentation involving the parties, including CITY OF MERCED and Detectives KEITH PELOWSKI and RAQUEL RIOS, which are confidential.  Additionally, Plaintiff seeks information and documentation, including sensitive and private police records information involving non-party criminal suspects, complaining victims, and witnesses, alleged to be involved in the incident in some manner.

3.     Confidential information is information which has not been made public and is privileged and confidential and protected from public disclosure under applicable law.  Material designated as "confidential" under this order include the information contained therein, and any summaries, copies, abstracts, or documents derived in whole or in part from materials designated as confidential (herein after "confidential material").

4.     Confidential material will be produced in conjunction with further responses to Requests for Production of Documents, clearly marked as Confidential, and redacted as necessary to protect the rights and privacy of third-parties.

5.     Confidential material produced pursuant to this order shall be used only for the purpose of the prosecution, defense, or settlement of this action and for no other purpose. Confidential material may be disclosed or made available only to the court, to court reporters retained in this action, to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified persons" designated below:

   a.   Experts or consultants (together with their clerical staff) retained by such counsel to assist in the prosecution, defense or settlement of this action;

   b.   A witness at any deposition or proceedings in this action; and

   c.   Any other person as to whom the parties inviting agree in writing.

Prior to receiving any confidential material, each "qualified person" shall be provided with a copy of this Order and shall execute a non-disclosure agreement in the form of Attachment A, the original copy of which shall be maintained by the counsel who is providing these materials.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
00719952.WPD          **STIPULATED PROTECTIVE ORDER**

6.	Any party that files or intends to file with the Court, for purposes of adjudication or to use at trial, documents or materials, including the existence of such material in any pleading, motion, exhibit or other paper, designated as Confidential pursuant to this Stipulated Protective Order, should, prior to filing such Confidential documents or materials, move the Court for an order sealing such documents upon a showing of good cause in compliance with the requirements of California Eastern District Court Local Rules 39-140 and 39-141, which are heretofore fully incorporated by reference.

7.	Upon the issuance of an order of the Court sealing such documents, all documents or materials designated as Confidential pursuant to this Stipulated Protective Order, and all papers or documents containing information or materials designated as "Confidential" that are filed with the Court for any purpose shall be filed and served under seal, with the following statement affixed to the document or information:

"This envelope is sealed pursuant to the order of the Court and contains Confidential information filed in this case by [name of party] and is not to be opened nor the contents thereof displayed or revealed except by order of the Court."

8.	The portion of any deposition in which confidential materials are discussed shall be taken only in the presence of qualified persons, as defined above.

9.	Nothing herein shall impose any restrictions on the use or disclosure by a party of material obtained by such party independent of discovery in this action, whether or not such material is also obtained through discovery in this action, or from disclosing its own confidential material as it deems appropriate.  Receipt by any party of any confidential information shall not be either an admission or claim that the information is private, confidential, proprietary, and/or trade secret, as asserted by the propounding party, nor an admission with respect to the authenticity, competency, relevance or materiality thereof.

10.	All documents designated as "Confidential" shall be treated as such and shall be subject to the provisions hereof unless and until one of the following occurs:

	a.	The party who claims that the material is Confidential Information withdraws such designation in writing; or

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3
00719952.WPD   **STIPULATED PROTECTIVE ORDER**

1   　　　　　b.　　　The Court rules the material is not Confidential Information.  If a party
2   contends that any material is not entitled to confidential treatment, such party may at any time
3   apply to the Court for an order removing the confidential designation from any material.
4   　　　11.　　This Order shall be without prejudice to present a motion to the court under
5   Federal Rule of Civil Procedure 26 (c) for a separate Protective Order as to any particular
6   document or information, including restrictions different from those as specified herein.  This
7   shall not be deemed to prejudice the parties in any way in any future application for modification
8   of this Stipulation and Order.
9   　　　12.　　Nothing in this Order nor the production of any information or document under
10  the terms of this Order nor any proceedings pursuant to this Order, shall be deemed to have the
11  affect of an admission or waiver of objections or privileges by either party or of altering the
12  confidentiality or non-confidentiality of any such document or information or altering any
13  existing right or obligation of any party or the absence thereof.
14  　　　13.　　At the conclusion of this litigation, counsel for Plaintiff shall return all
15  confidential and derivative materials within 60 calendar days, or shall certify to the Defendants
16  that all such materials have been destroyed.
17  　　　14.　　This Order shall survive the final termination of this action, and the court shall
18  retain jurisdiction to resolve any dispute concerning the use of information disclosed hereunder.
19  　　　IT IS SO STIPULATED.
20  DATED: September 24, 2009　　　　　　　WILLIAMSON & KRAUSS
21
22  　　　　　　　　　　　　　　　　　　　　By /s/ Todd B. Krauss (as authorized on 9/24/09)
　　　　　　　　　　　　　　　　　　　　　　　Todd B. Krauss
　　　　　　　　　　　　　　　　　　　　　　　Peter M. Williamson
23  　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff ERIC LOPEZ

24  DATED: September 24, 2009　　　　　　　COUNTY COUNSEL OF MERCED
25
26  　　　　　　　　　　　　　　　　　　　　By /s/ James E. Stone (as authorized on 9/24/09)
　　　　　　　　　　　　　　　　　　　　　　　James E. Stone
27  　　　　　　　　　　　　　　　　　　　　　　Roger S. Matzkind
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for COUNTY OF MERCED and
28  　　　　　　　　　　　　　　　　　　　　　　DEPUTY KATHY ST. MARIE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4
00719952.WPD　　　　　　**STIPULATED PROTECTIVE ORDER**

1  DATED : September 24, 2009          PORTER SCOTT
2                                      A PROFESSIONAL CORPORATION
3
4                                      By    /s/  Terence J. Cassidy
                                             Terence J. Cassidy
5                                            Glen A. Williams
                                             Attorneys for Defendants
6                                            CITY OF MERCED, KEITH
                                             PELOWSKI, and RAQUEL RIOS
7
8                                            IT IS SO ORDERED.

9  **Dated:   September 24, 2009**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00719952.WPD

5

**STIPULATED PROTECTIVE ORDER**