**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOPEZ, | Case No. 1:08-CV-01475-OWW-SMS |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF MERCED, CITY OF MERCED, DETECTIVE PELOWSKI #124, DETECTIVE RIOS #198, DEPUTY KATHY ST. MARIE AND DOES 5 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ERIC LOPEZ, Defendants COUNTY OF MERCED and DEPUTY KATHY ST. MARIE ("County Defendants"), and Defendants CITY OF MERCED, DETECTIVE PELOWSKI and DETECTIVE RIOS ("City Defendants"), by and through their respective undersigned counsel, that any and all claims against Defendants KEITH PELOWSKI (sued herein as DETECTIVE PELOWSKI #124) and RAQUEL RIOS (sued herein as DETECTIVE RIOS #198) be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

DATED: February 17, 2010         WILLIAMSON & KRAUSS

                                  /s/ Todd B. Krauss
                          By      _____
                                  Todd B. Krauss
                                  Attorney for Plaintiff ERIC LOPEZ

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
00754059.WPD

1 | DATED: February 17, 2010 | COUNTY COUNSEL OF MERCED

By  /s/ James E. Stone
James E. Stone
Roger S. Matzkind
Attorneys for COUNTY OF MERCED
and DEPUTY KATHY ST. MARIE

7 | DATED : February 17, 2010 | PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ Terence J. Cassidy
Terence J. Cassidy
John R. Whitefleet
Glen A. Williams
Attorneys for Defendants
CITY OF MERCED, KEITH
PELOWSKI, and RAQUEL RIOS

IT IS SO ORDERED.

**Dated:   February 18, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

00754059.WPD