**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC LOPEZ, | Case No. 1:08-CV-01475-OWW-SMS |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF MERCED, CITY OF MERCED, DETECTIVE PELOWSKI #124, DETECTIVE RIOS #198, DEPUTY KATHY ST. MARIE AND DOES 5 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ERIC LOPEZ, Defendants COUNTY OF MERCED and DEPUTY KATHY ST. MARIE ("County Defendants"), and Defendants CITY OF MERCED, DETECTIVE PELOWSKI and DETECTIVE RIOS ("City Defendants"), by and through their respective undersigned counsel, that any and all claims against Defendant CITY OF MERCED be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

DATED: February 17, 2010          WILLIAMSON & KRAUSS

                                   By   /s/ Todd B. Krauss
                                        Todd B. Krauss
                                        Attorney for Plaintiff ERIC LOPEZ

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
00754064.WPD

1  DATED: February 17, 2010           COUNTY COUNSEL OF MERCED

2
                                            /s/ James E. Stone
3                                     By _____
                                         James E. Stone
4                                        Roger S. Matzkind
                                         Attorneys for COUNTY OF MERCED
5                                        and DEPUTY KATHY ST. MARIE

6

7  DATED : February 17, 2010          PORTER SCOTT
                                      A PROFESSIONAL CORPORATION
8

9                                           /s/ Terence J. Cassidy
                                      By _____
10                                       Terence J. Cassidy
                                         John R. Whitefleet
11                                       Glen A. Williams
                                         Attorneys for Defendants
12                                       CITY OF MERCED, KEITH
                                         PELOWSKI, and RAQUEL RIOS
13

14
   IT IS SO ORDERED.
15
   **Dated:   February 18, 2010**          **/s/ Oliver W. Wanger**
16                                     _____
                                       UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
00754064.WPD