1  **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
3  Glen A. Williams, SBN 257665
350 University Ave., Suite 200
4  Sacramento, California 95825
TEL: 916.929.1481
5  FAX: 916.927.3706

6  Attorneys for Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL
RIOS
7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10  ERIC LOPEZ,                          Case No. 1:08-CV-01475-OWW-SMS

11        Plaintiffs,                    **STIPULATION AND ORDER FOR
                                         DISMISSAL WITH PREJUDICE**
12  vs.

13  COUNTY OF MERCED, CITY OF
MERCED, DETECTIVE PELOWSKI
14  #124, DETECTIVE RIOS #198,
DEPUTY KATHY ST. MARIE AND
15  DOES 5 through 10, inclusive,

16        Defendants.
                                    /
17

18        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ERIC

19  LOPEZ, Defendants COUNTY OF MERCED and DEPUTY KATHY ST. MARIE

20  ("County Defendants"), and Defendants CITY OF MERCED, DETECTIVE PELOWSKI

21  and DETECTIVE RIOS ("City Defendants"), by and through their respective undersigned

22  counsel, that any and all claims against Defendants COUNTY OF MERCED and DEPUTY

23  KATHY ST. MARIE be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal

24  Rules of Civil Procedure, each party to bear their own attorney fees and costs.

25  DATED: February 17, 2010          WILLIAMSON & KRAUSS

26
                                               /s/ Todd B. Krauss
27                              By    _____
                                      Todd B. Krauss
28                                    Attorney for Plaintiff ERIC LOPEZ

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

                                    1
_____
       **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
00756289.WPD

1    DATED: February 17, 2010                    COUNTY COUNSEL OF MERCED

2
                                                          /s/ James E. Stone
3                                               By _____
                                                   James E. Stone
4                                                  Roger S. Matzkind
                                                   Attorneys for COUNTY OF MERCED
5                                                  and DEPUTY KATHY ST. MARIE

6

7    DATED : February 17, 2010                   PORTER SCOTT
                                                 A PROFESSIONAL CORPORATION
8

9                                                         /s/ Terence J. Cassidy
                                                By _____
10                                                 Terence J. Cassidy
                                                   John R. Whitefleet
11                                                 Glen A. Williams
                                                   Attorneys for Defendants
12                                                 CITY OF MERCED, KEITH
                                                   PELOWSKI, and RAQUEL RIOS
13

14   IT IS SO ORDERED.

15   **Dated:    February 18, 2010**             ___**/s/ Oliver W. Wanger**___
                                                 UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

00756289.WPD